## AJAX DISTRIBUTING CO., appellant,

### v.

### Boone ROSE, appellee.

Court of Appeals of Kentucky.

Feb. 19, 1954.

Mooney & Turley, Lexington, for appellant.

Sam P. Strother, and Kermin Fleming, Lexington, for appellee.

PER CURIAM.

Motion for an appeal from a judgment of the Fayette Circuit Court, Joseph J. Bradley, Judge, in which appellee recovered judgment for $1,200 on rescission of a purchase contract.

The motion for an appeal is overruled and the judgment is affirmed.